10-970-cv
Garcia v. City of New York

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

   At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the 28th day of March, two thousand eleven.

Present:   ROBERT A. KATZMANN,
           RICHARD C. WESLEY,
                      *Circuit Judges*,
           BRIAN M. COGAN,
                      *District Judge.*[*]

─────────────────────────────────────────────

RAYMUNDO GARCIA,

              *Plaintiff-Appellant*,

              - v -                          No. 10-970-cv

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER/DET. ROBINSON, Shield No. 05437, in her individual and official capacity, JOHN DOE, Shield No. 13912, the name being fictitious and presently unknown, individually and in his official capacity of the NYPD,

              *Defendants-Appellees.*

─────────────────────────────────────────────

For Plaintiff-Appellant:          Welton K. Wisham, Bronx, N.Y.

───────────────────

   [*] The Hon. Brian M. Cogan of the United States District Court for the Eastern District of New York, sitting by designation.

For Defendants-Appellants:    Deborah A. Brenner (Kristin M. Helmers, *of counsel*), *for* Michael A. Cardozo, Corporation Counsel of the City of New York, New York, N.Y.

Appeal from the United States District Court for the Southern District of New York (Swain, *J.*).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appeal is **DISMISSED** for lack of jurisdiction.

Plaintiff-Appellant Raymundo Garcia appeals from a September 23, 2009 judgment of the United States District Court for the Southern District of New York (Swain, *J.*) granting in its entirety the defendants' motion for summary judgment. We assume the parties' familiarity with the facts and procedural history of the case.

Although neither party has raised the issue of our appellate jurisdiction, "we have an independent obligation to consider the presence or absence of subject matter jurisdiction *sua sponte*." *Joseph v. Leavitt*, 465 F.3d 87, 89 (2d Cir. 2006). In this case, judgment was entered below on September 23, 2009, but Garcia's notice of appeal was not filed until March 16, 2010, making it untimely under Federal Rule of Appellate Procedure 4. *See* Fed. R. App. P. 4(a)(1)(A) (notice of appeal "must be filed with the district clerk within 30 days after the judgment or order appealed from is entered"). Because "timely filing of a notice of appeal in a civil case is a jurisdictional requirement," we lack jurisdiction over this appeal. *Napoli v. Town of New Windsor*, 600 F.3d 168, 170 (2d Cir. 2010) (per curiam) (quoting *In re Am. Safety Indem. Co.*, 502 F.3d 70, 72 (2d Cir. 2007) (per curiam)) (internal quotation mark omitted). In reaching this conclusion, we have considered the letters submitted by the parties pursuant to our March 11, 2011 order. *See* Order U.S.C.A. Dkt. No. 10-970-cv, ECF No. 80.

2

Accordingly, for the foregoing reasons, Garcia's appeal is **DISMISSED** for lack of jurisdiction.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK